```
1    UNITED STATES DISTRICT COURT
2    DISTRICT OF NEVADA
```

| | | |
|---|---|---|
| KELLY CARTER BUNCH, | | Case No. 2:19-cv-00365-GMN-CWH |
| | Plaintiff | ORDER |
| v. | | |
| JERRY HOWELL et al., | | |
| | Defendants | |

## I. DISCUSSION

On February 28, 2019, Plaintiff, a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 but did not file an application to proceed *in forma pauperis* or pay the filing fee. (ECF Nos. 1, 1-1). On March 6, 2019, this Court issued an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee. (ECF No. 3). On March 19, 2019, Plaintiff filed an application to proceed *in forma pauperis* but did not submit a properly executed financial certificate or an inmate account statement. (ECF No. 4). On April 11, 2019, the Court denied the application to proceed *in forma pauperis* as incomplete and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* including a properly executed financial certificate and an inmate account statement. (ECF No. 5). Plaintiff has only submitted a financial certificate. (ECF No. 6). Plaintiff has not filed an inmate account statement for the past six months. Plaintiff's application remains incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted <u>one final opportunity</u> to cure the deficiencies of his application to proceed *in forma pauperis* by filing a new application

to proceed *in forma pauperis* and an inmate account statement; or in the alternative, pay the full filing fee for this action. If Plaintiff fails to file an application to proceed *in forma pauperis* and an inmate account statement, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) <u>file an application to proceed *in forma pauperis* and an inmate account statement</u> in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file an application to proceed *in forma pauperis* and an inmate account statement, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED: May 22, 2019.

_____
UNITED STATES MAGISTRATE JUDGE